UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 13-899-MWF**                                           Dated: March 20, 2014

===============================================================

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez/ | Rosalyn Adams | Sheila Nagaraj |
| Michael Henderson | Court Reporter | Asst. U.S. Attorney |
| Courtroom Deputy | | |

===============================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)   Jose Luis Quinones                         1)   DFPD Georgina Wakefield
     Present - Cited In                               Present - Appointed


PROCEEDINGS:  PRELIMINARY REVOCATION OF SUPERVISED RELEASE

   Case called, and counsel make their appearance.  Defendant is present.  Also present is Jeannette Gonzalez, U.S. Probation Officer.

   The defendant admits allegations 1 and 2 of the Petition on Probation and Supervised Release, filed on March 20, 2014. The Court questions the defendant regarding his waiver of his right to a revocation hearing and his admission of having violated the terms and conditions of his supervised release.  The Court finds that there is a factual basis for the admissions.  Counsel joins in the waiver.  The Court also finds that defendant entered his admissions freely and voluntarily, with a full understanding of the allegations against him and the consequences of his admission.  The Court finds that the defendant understands his constitutional and statutory rights and wishes to waive them.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release.  Accordingly, the Court orders the admission accepted and entered.

   The Court continues the matter to April 14, 2014 at 1:00 p.m., for sentencing.  The defendant and counsel are ordered to return on that date.

cc:  USPO

Initials of Deputy Clerk  rs
                                                                                              :10