O-send

FILED
CLERK, U.S. DISTRICT COURT

SEP - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS QUINONES, <br><br> Defendant. | Case No.: 13-CR-899 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **failure to appear for sentencing; finding that**

1      _defendant has violated conditions of supervised_

2      _release_

3

4      and/or

5 B.   ( ) The defendant has not met his/her burden of establishing by

6      clear and convincing evidence that he/she is not likely to pose

7      a danger to the safety of any other person or the community if

8      released under 18 U.S.C. § 3142(b) or (c). This finding is based

9      on: _____

10

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: 09/01/2015

18

19                                _R. a. ol_

20                                UNITES STATES MAGISTRATE JUDGE